**UNITED STATES DISTRICT COURT
FOR THE DISTSRICT OF MARYLAND
(Greenbelt Division)**

| | |
|---|---|
| United States of America, | ) |
| | ) |
| v. | ) Case No. 8:11-cr-00291-AW-1 |
| | ) |
| Todd Lubar, | ) |
| | ) |
| Defendant. | ) |

**EXPEDITED CONSENT MOTION FOR EXTENSION OF TIME**

Now comes the defendant, Todd Lubar, by and through undersigned counsel, to respectfully request the Court continue his sentencing hearing for at least thirty days. The United States, through Assistant United States Attorney Andrea Smith, has consented to this motion.

This is the first scheduled date of Mr. Lubar's sentencing hearing. Counsel has been traveling extensively for other matters, with multiple hearings and been unable to meet and confer with Mr. Lubar to prepare for the sentencing hearing. Counsel requires ample opportunity to meet with Mr. Lubar to adequately prepare for the sentencing hearing in this matter. As the Court is aware from the Pre-Sentence Investigative Report ("PSI") in this matter, Mr. Lubar's financial situation is extremely complicated and was a major contributing factor to the instant offense.[1] Counsel needs the additional time to adequately prepare an effective presentation regarding Mr. Lubar's financial situation to eliminate any questions regarding his conduct outside of the single financial transaction to which he pled.

---

[1] Counsel also received a supplemental PSI while traveling and has not had an opportunity to meet with Mr. Lubar to review its contents. The PSI was apparently delivered while counsel was traveling for other matters.

In addition, counsel requires additional time to finalize a memorandum in aid of sentencing and its attachments. Counsel has six other hearings in a variety of other matters scheduled before the current hearing date and simply does not have adequate time to prepare Mr. Lubar's sentencing presentation. An additional thirty days would permit the completion of the necessary filing and the opportunity for the Court to review the filings and obviate the need to call multiple witnesses.

As this is the first requested extension of time, it will not prejudice any interested party and will further the interests of justice.

WHEREFORE, it is respectfully requested that the Court permit a one-time continuance in this matter.

Dated:  October 21, 2011            Respectfully submitted,


                                          */s/ Mark E. Schamel*
                                       Mark E. Schamel (Bar Number 15433)
                                       WOMBLE CARLYLE SANDRIDGE &
                                             RICE, LLP
                                       1200 Nineteenth Street, N.W.
                                       Suite 500
                                       Washington, DC  20036
                                       (202) 857-4481
                                       (202) 261-0098 Facsimile
                                       mschamel@wcsr.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of October, 2011, a true and correct copy of the foregoing Motion for Extension of Time was served electronically via the CM/ECF system upon all counsel of record:

> Andrea Smith, Esq.
> Stuart A. Berman, Esq.
> Office of the United States Attorney
> 6500 Cherrywood Lane
> Suite 400
> Greenbelt, MD  20770-1249

            */s/ Mark E. Schamel*
            Mark E. Schamel